UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY McJEFFERSON RICE,

    Defendant.
_____/

Case No.: 1:94-cr-64

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 94). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**The defendant shall serve 30 days at the Newaygo County Jail, White Cloud, Michigan, to be served as 10 consecutive weeks of intermittent confinement (30 days total) on Monday, Tuesday, and Wednesday as arranged by the Bureau of Prisons. The defendant shall self-surrender for service of sentence at the Newaygo County jail by 10:00 a.m. each Monday and shall remain in**

**custody until 10:00 a.m. each Wednesday. Service of sentence will commence as directed by the Bureau of Prisons and the probation officer.**

Dated: September 16, 2011         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge